UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JAMES M. CROSS and DEBORAH CROSS, ) <br> ) <br> *Plaintiffs,* ) <br> *v.* ) <br> ) <br> CITY OF CHATTANOOGA, ) <br> TENNESSEE, GLEN LEMLEY, JR., ) <br> NORFOLK SOUTHERN ) <br> RAILROAD and DOES 1 THROUGH 5, ) <br> ) <br> *Defendants.* ) | No.1:04-cv-108 <br> *Edgar / Carter* |

## **JUDGMENT**

In accordance with the accompanying memorandum opinion, the motion for summary judgment filed by defendants City of Chattanooga, Glen Lemley, Jr., and Does 1 through 5 [Court Doc. No. 27] is **GRANTED**.

Plaintiffs' claims pursuant to 42 U.S.C. § 1983 brought against the City of Chattanooga and Glen Lemley, Jr. are **DISMISSED WITH PREJUDICE**. Plaintiffs' state law claims against the City of Chattanooga and Glen Lemley, Jr. are **DISMISSED WITHOUT PREJUDICE**. Plaintiffs' claims against Does 1 through 5 are **DISMISSED WITHOUT PREJUDICE**.

Costs are awarded to the defendants. The Clerk of the Court shall close the file in this case.

This is a **FINAL JUDGMENT.**

SO ORDERED.

ENTER this *3rd day of October, 2005*.

>             */s/ R. Allan Edgar*
> R. ALLAN EDGAR
> CHIEF UNITED STATES DISTRICT JUDGE

-2-

Case 1:04-cv-00108   Document 36   Filed 10/03/05   Page 2 of 2   PageID #: 104